991 A.2d 306 (2010)
William SMITH; Gregory Thomas; Hugh Williams; Gary Kretchmar, Appellants,
v.
COMMONWEALTH of Pennsylvania; Edward G. Rendell, In his Official Capacity as Governor of the Commonwealth of Pennsylvania; Tom Corbett, Attorney General of the Commonwealth of Pennsylvania; Pennsylvania Board of Pardons, Appellees.
No. 13 MAP 2009
Supreme Court of Pennsylvania.
March 24, 2010.

ORDER
PER CURIAM.
AND NOW, this 24th day of March, 2010, the Order of the Commonwealth Court is affirmed.